No. 144. PORT OF NEW YORK AUTHORITY ET AL. v. WOLIN. C. A. 2d Cir. Motion of respondent to dispense with printing response granted. Certiorari denied. *Sidney Goldstein* for petitioners.

No. 455. CAPERCI ET AL. v. HUNTOON ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Arthur V. Getchell* for petitioners. *Paul T. Smith* for respondents.

No. 509. SOBELL v. ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. The renewed application for release presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant bail for the reason that petitioner arguably has never received credit for the entire time he has served in prison. MR. JUSTICE WHITE took no part in the consideration or decision of this petition and application. *Thomas I. Emerson, David Rein, Morey M. Myers,* and *Joseph Forer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley,* and *Kevin T. Maroney* for respondents.

No. 120, Misc. POE v. FITZHARRIS, PRISON SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg,* Deputy Attorney General, for respondent.

No. 138, Misc. SAPP v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Daniel J. Sullivan* for respondent.